HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALBERT MARROQUIN JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>ALBERT MARROQUIN JR.,<br><br>Defendant-Appellant. | Case No. 1:18-po-00153-SAB<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the briefing schedule for defense's motion to suppress be modified as follows:

Defendant's motion shall be filed by December 13, 2018.

Government's response shall be filed by January 3, 2019.

Defendant's reply shall be filed by January 17, 2019.

Evidentiary hearing shall be rescheduled for February 1, 2019 at 10:00 a.m.

On October 25, 2018, defense counsel requested a briefing schedule for a possible motion to suppress. The strength of the motion depends on witness statements, which the defense team is still trying to gather. Accordingly, the parties agree to a continuance of the briefing schedule to permit defense to develop the factual basis of its motion more fully.

//

|  |  |  |
|---|---|---|
|  | Respectfully submitted, |  |
|  | MCGREGOR W. SCOTT<br>United States Attorney |  |
| Dated: November 29, 2018 | By: | */s/ Gary Leuis*<br>GARY LEUIS<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |  |
| Dated: November 29, 2018 | By: | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ALBERT MARROQUIN JR. |

**ORDER**

The Court hereby grants the parties' request to modify the briefing schedule in the above-captioned matter as set forth in the above Stipulation.

IT IS SO ORDERED.

Dated: **November 29, 2018**

UNITED STATES MAGISTRATE JUDGE