McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-PO-00153-SAB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER SETTING FORTH REVISED BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO SUPPRESS |
| ALBERT MARROQUIN JR., | |
| Defendant. | |

## **BACKGROUND**

On November 29, 2018, the Court issued the current briefing schedule based on a stipulation filed by the parties. Dkt. 10. The current schedule provides for the Government to file its opposition by January 3, 2019, the defendant's reply by January 17, 2019, and a hearing on February 1, 2019. Dkt. 10, 11. The parties now stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

///

///

///

///

///

///

1

1. Any opposition by the United States must be filed on or before January 10, 2019.

2. Any reply by the defendant must be filed on or before January 24, 2019.

3. The hearing previously remain as previously set: February 1, 2019

DATED: January 2, 2019

By: /s/ Hope Alley
Hope Alley
Attorney for Defendant
ALBERT MARROQUIN JR.

DATED: January 2, 2019

PHILLIP A. TALBERT
United States Attorney

By: /s/ Michael Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **January 2, 2019**

UNITED STATES MAGISTRATE JUDGE