HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
HOPE L. ALLEY, CA Bar #314109
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALBERT MARROQUIN JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00153-SAB |
| Plaintiff, | STIPULATION TO VACATE EVIDENTIARY HEARING AND SET FOR CHANGE OF PLEA AND SENTENCING |
| vs. | |
| ALBERT MARROQUIN JR., | Date: February 21, 2019<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Hope Alley, counsel for defendant Albert Marroquin, Jr., that the evidentiary hearing currently set for February 1, 2019 at 10 a.m. be vacated and that a change of plea and sentencing hearing be set for February 21, 2019 at 10 a.m.

On December 13, 2018, defense filed a motion to suppress for violation of Mr. Marroquin's rights under the Fourth Amendment. On January 10, 2019, the government filed its opposition, to which defense replied on January 24, 2019. While this motion was being briefed, the parties were negotiating and have now reached a resolution that is acceptable to both parties. Accordingly, Mr. Marroquin anticipates withdrawing his motion to suppress at the next hearing, and the parties request that the evidentiary hearing be vacated, and this case be set for a change of plea hearing.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: January 30, 2019  /s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2019  /s/ Hope Alley
Hope Alley
Assistant Federal Defender
Counsel for Defendant
ALBERT MARROQUIN JR.

## **O R D E R**

**IT IS HEREBY ORDERED** that the evidentiary hearing currently scheduled for February 1, 2019 be vacated and that this case be set for a change of plea hearing on February 21, 2019 at 10:00 a.m. The defendant is ordered to appear on February 21, 2019.

IT IS SO ORDERED.

Dated: **January 30, 2019**

UNITED STATES MAGISTRATE JUDGE