# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALBERT MARROQUIN, JR.,<br><br>　　　　Defendant. | Case No. 1:18-po-00153-SAB<br><br>ORDER DISREGARDING INCORRECT FILING<br><br>(ECF No. 21) |

On January 31, 2019, a motion to withdraw notice of appeal was filed. (ECF No. 21.) Although the case number refers to this matter, the parties in the caption, and the reference to the notice of appeal docket number, are associated with case number 1:18-cr-00149-LJO, not this matter. The Court notes that the same motion to withdraw notice of appeal was filed in the correct matter, case number 1:18-cr-00149-LJO, as ECF No. 80.

Based upon the foregoing, it is HEREBY ORDERED that ECF No. 21, motion to withdraw notice of appeal, is DISREGARDED.

IT IS SO ORDERED.

Dated: __**February 1, 2019**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1