HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN M. SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
ALBERT MARROQUIN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00153-SAB-1 |
|---|---|
| Plaintiff, | MOTION TO DESIGNATE COMMUNITY SERVICE ORGANIZATION; ORDER |
| vs. | Judge: Hon. Stanley A. Boone |
| ALBERT MARROQUIN, JR., | |
| Defendant. | |

On February 21, 2019, the Court placed Albert Marroquin Jr. on a twelve-month term of probation under 18 U.S.C. § 3607. Amongst other conditions of probation, the Court ordered Mr. Marroquin to complete 100 hours of community service at an approved nonprofit organization. Mr. Marroquin asks the Court to approve the following organization for him to perform his community service hours: Coalinga Community Foundation Thrift Shop located at 198 W. Forest Avenue, Coalinga, CA 93210.

///

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 26, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALBERT MARROQUIN, JR.

**O R D E R**

IT IS SO ORDERED.

Dated: **March 26, 2019**

UNITED STATES MAGISTRATE JUDGE