| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN M. SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | ALBERT MARROQUIN, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00153-SAB-1 |
|---|---|
| Plaintiff, | [AMENDED] MOTION TO DESIGNATE ADDITIONAL COMMUNITY SERVICE ORGANIZATIONS; ORDER |
| vs. | |
| ALBERT MARROQUIN, JR., | Judge: Hon. Stanley A. Boone |
| Defendant. | |

On February 21, 2019, the Court placed Albert Marroquin Jr. on a twelve-month term of probation under 18 U.S.C. § 3607. Amongst other conditions of probation, the Court ordered Mr. Marroquin to complete 100 hours of community service at an approved nonprofit organization. On March 26, 2019, the Court approved Coalinga Community Foundation Thrift Shop in Coalinga, California. Mr. Marroquin asks the Court to approve the following two additional organizations for him to perform his community service hours: Imaginarium Institute of Fine Arts located at 194 E. Elm Avenue, Suite 102, Coalinga, CA 93210 and Chapel Grace Church located at 120 E. Hawthorne Street, Coalinga, CA 93210. Tasks to be performed at the Imaginarium will consist of delivering brochures and fliers as needed. Mr. Marroquin will be at the church on Saturdays, cooking in the kitchen (Herb's Kitchen) for their community outreach program that provides meals to members of the community in need.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 29, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALBERT MARROQUIN, JR.

**O R D E R**

IT IS SO ORDERED.

Dated: **April 1, 2019**

UNITED STATES MAGISTRATE JUDGE