# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT MARROQUIN, JR.,<br><br>　　　　　Defendant. | Case No. 1:18-po-00153-SAB<br><br>ORDER SETTING HEARING ON MODIFICATION OF PROBATION |

Pursuant to a plea agreement, Albert Marroquin, Jr. ("Defendant") entered into a deferred entry of judgment and was placed on probation. (ECF Nos. 23, 27.) On July 22, 2019, the parties filed a stipulation to modify Defendant's conditions of probation. (ECF No. 34.)

The parties seek to modify Defendant's conditions of probation pursuant to 18 U.S.C. § 3563(c) which provides "[t]he court may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the conditions of probation." However, Defendant has not been sentenced, but is on probation pursuant to a deferred entry of judgment under 18 U.S.C. § 3607. Accordingly, the Court shall set a hearing on this matter and the parties shall address the Court's authority to modify probation given that Defendant has been placed on probation through deferred entry of judgment.

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. A hearing regarding modification of probation shall be set for August 1, 2019, at 10:00 a.m. in Courtroom 9;

2. The parties shall address the Court's authority to modify probation where the defendant is on deferred entry of judgment under Section 3607; and

3. Defendant's presence is not required at the August 1, 2019 hearing.

IT IS SO ORDERED.

Dated: **July 30, 2019**

UNITED STATES MAGISTRATE JUDGE