# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>ALBERT MARROQUIN, JR.,<br><br>              Defendant. | Case No. 1:18-po-00153-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of a controlled substance |
| **Sentence Date:** | March 11, 2019 |
| **Review Hearing Date:** | December 12, 2019 |
| **Probation Expires On:** | February 21, 2020 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $10.00 special assessment and $30.00 processing fee.

### *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described above.

### **Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒     To date, Defendant has paid his entire financial obligation.

☒     Compliance with Other Conditions of Probation:
Mr. Marroquin has completed 100 hours of community service. (See attached)

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: December 5, 2019  */s/ William B. Taylor*
WILLIAM B. TAYLOR
Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/12/2019 at 10:00 a.m.

    ☐ be continued to _____; or

    ☒ be vacated.

DATED: December 5, 2019  */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Counsel for Albert Marroquin

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for 12/12/2019 at 10:00 a.m. be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **December 9, 2019**

UNITED STATES MAGISTRATE JUDGE