HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALBERT MARROQUIN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00153-SAB |
| Plaintiff, | **UNOPPOSED MOTION TO DISMISS; ORDER** |
| vs. | |
| ALBERT MARROQUIN, JR., | |
| Defendant. | |

Defendant Albert Marroquin, Jr. hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On February 21, 2019, Albert Marroquin, Jr. pled guilty to possession of a controlled substance in violation of 36 CFR § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Marroquin a deferred entry of judgment under 18 U.S.C. § 3607(a). On December 9, 2019, the Court vacated Mr. Marroquin's review hearing because he fully complied with the terms of his probation. Mr. Marroquin's probation expired on February 21, 2020.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." Here, Mr. Marroquin's term of probation has expired, and he did not violate any condition of his probation.

Accordingly, Mr. Marroquin requests that the Court, without entering a judgment of

conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Date: May 18, 2020       */s/ Matthew Lemke*  
                                  MATTHEW LEMKE  
                                  Assistant Federal Defender  
                                  Attorney for Defendant  
                                  ALBERT MARROQUIN, JR

**ORDER**

     Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses the proceedings against Mr. Marroquin in *United States v. Albert Marroquin, Jr.*, Case No. 1:18-po-00153-SAB.

IT IS SO ORDERED.

Dated: **May 19, 2020**                                          
                                                       UNITED STATES MAGISTRATE JUDGE